PER CURIAM.

The offense is felony theft; the punishment, 2 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the unlawful carrying of a pistol; the punishment, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**James BARNETTE, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28267.**

Court of Criminal Appeals of Texas.

April 18, 1956.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, for the State.

**Ex parte Carl E. WIGGINS.**

**No. 28174.**

Court of Criminal Appeals of Texas.

March 21, 1956.

George E. Cochran and A. L. Wardlaw, Fort Worth, for appellant.

Howard M. Fender, Dist. Atty., Grady Owen and Conrad Florence, Asst. Dist. Attys., Fort Worth, Leon B. Douglas, State's Atty., Austin, for the State.